

LEVIN • PAPANTONIO
THOMAS • MITCHELL
RAFFERTY & PROCTOR • P.A.
PROFESSIONAL CORPORATION    ATTORNEYS AT LAW

KIMBERLY LAMBERT ADAMS
BRIAN H. BARR
MICHAEL C. BIXBY
M. ROBERT BLANCHARD
BRANDON L. BOGLE
WESLEY A. BOWDEN
VIRGINIA M. BUCHANAN
WILLIAM F. CASH III
JEFF GADDY
RACHAEL R. GILMER
BEN W. GORDON, JR.

TRAVIS P. LEPICIER
FREDRIC G. LEVIN
MARTIN H. LEVIN
M. JUSTIN LUSKO
ANDREW E. McGRAW
NEIL E. McWILLIAMS, JR.
CLAY MITCHELL
R. LARRY MORRIS
PETER J. MOUGEY
DANIEL A. NIGH
TIMOTHY M. O'BRIEN

MIKE PAPANTONIO
CHRISTOPHER G. PAULOS
EMMIE J. PAULOS
A. RENEE PRESTON
ROBERT E. PRICE
MARK J. PROCTOR
TROY A. RAFFERTY
MATTHEW D. SCHULTZ
W. CAMERON STEPHENSON
LEO A. THOMAS
BRETT VIGODSKY

OF COUNSEL:
LAURA S. DUNNING
(LICENSED ONLY IN ALABAMA)
ROBERT M. LOEHR
PAGE A. POERSCHKE
(LICENSED ONLY IN ALABAMA)

LEFFERTS L. MABIE, JR. (1925-1996)
D.L. MIDDLEBROOKS (1926-1997)
DAVID H. LEVIN (1928-2002)
STANLEY B. LEVIN (1938-2009)

October 31, 2017

Office of the Clerk
Attn: Angela D. Caesar
United States District Court
for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

  **Re: *Holladay, et al., v. The Islamic Republic of Iran*, Case No. 1:17-cv-00915-RDM**
    **Request for Service of Process on Defendants**

Dear Ms. Caesar:

  We write in connection with the above-captioned case to request that you take all of the necessary steps, pursuant to 28 U.S.C. § 1608(a)(3), to effect service in this matter on the Defendants, 1) The Islamic Republic of Iran, 2) The Islamic Revolutionary Guard Corp, 3) Iranian Ministry of Intelligence & Security, 4) Bank Markazi Jomhouri Islamic Iran, 5) Bank Melli Iran, and 6) the National Iranian Oil Company (collectively, "Defendants").

  In accordance with 28 U.S.C. § 1608(a)(3) and FRCP 4(f)(2)(C)(ii), I have enclosed the following for <u>each</u> of the Defendants: 1) two copies of the Notice of Suit with two translations into Farsi; 2) two copies of the First Amended Complaint with two translations into Farsi; 3) two copies of the Summons with two translations into Farsi; 4) two copies of the Motions requesting leave for Plaintiffs to file their residential addresses under seal with two translations into Farsi; 5) two copies of the Minute Orders granting Plaintiffs' Motions with two translations into Farsi; 6) two copies of Plaintiffs' Status Report to the Court with two translations into Farsi; and 7) two copies of the Foreign Sovereign Immunities Act with two translations into Farsi.

  Please take the necessary steps to dispatch these materials to effect service on Defendants pursuant to 28 U.S.C. § 1608(a)(3) and FRCP 4(f)(2)(C)(ii), by using the enclosed DHL packages and waybill.

  The below addresses should be used to dispatch the above documents.

1

OFFICE: 316 S. BAYLEN STREET • SUITE 600 • PENSACOLA, FL 32502
CORRESPONDENCE: P.O. BOX 12308 • PENSACOLA, FL 32591   CONTACT: (850) 435-7000 • (850) 435-7020 FAX • WWW.LEVINLAW.COM

For the Islamic Republic of Iran:
Ministry of Foreign Affairs
Imam Khomeini Avenue
Tehran, Iran
P.O. Box 1136914811

For the Islamic Revolutionary Guard Corp:
Armed Forces Headquarters Iran
Tehran – Zone 7 – Shariati
Ghoddoosi Square (Ghaar)
Rasdaran Avenue
Golestan Yekom Ghoddoosi Square, Shariati
Tehran, Iran

For the Iranian Ministry of Intelligence & Security:
Second Negarestan Street, Pasdarsan Avenue
Tehran, Iran

For Bank Markazi Jomhouri Islami Iran:
Mirdamad Bouelvard
No. 198
Tehran, Iran

For Bank Melli Iran:
Ferdowsi Avenue
Tehran, Iran

For the National Iranian Oil Company:
Hafez Crossing
Taleghani Avenue
Tehran, Iran

Plaintiffs will be serving Defendant Melli Bank Plc pursuant to 28 U.S.C. § 1608(b)(2) and do not require service from the Court on this particular Defendant at this time.

If you have any questions or require anything further, please do not hesitate to contact me at 850-435-7067. Thank you very much for your assistance in this matter.

Sincerely,

Christopher G. Paulos
*Counsel for Plaintiffs*

Enclosures