UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSHUA L. HOLLADAY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 1:17-cv-00915-RDM |
| v. ) | |
| ) | |
| THE ISLAMIC REPUBLIC OF IRAN, et al., ) | |
| ) | |
| Defendants ) | |
| _____) | |

## DECLARATION OF SYLVIA JARRETT, CLA

I, Sylvia Jarrett, hereby affirm under the penalty of perjury as follows:

1. I am a Paralegal employed by the law firm of Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A.

2. I work under the direction and supervision of attorneys Christopher G. Paulos and W. Troy Bouk and have performed work on the above-styled case.

3. I assisted in the process of obtaining service of process on Defendants in this case through DHL pursuant to 28 U.S.C. § 1608(a)(3) and the United States Department of State pursuant to 28 U.S.C. § 1608 (a)(4) and FRCP 4(f)(2)(C)(ii).

4. This Declaration is based on personal knowledge of the facts set forth herein.

5. Prior to October 31, 2017, through DHL, I completed the on-line forms necessary to ship packages for service of process on the Defendants in the above-styled case. The following Waybills were generated:

- Bank Melli Iran (DHL Waybill 4554610174)
- Bank Markazi Jomhouri Islami Iran (DHL Waybill 4554601273)
- Iranian Ministry of Intelligence & Security (DHL Waybill 4554596841)
- Islamic Republic of Iran (DHL Waybill 4554562386)
- Islamic Revolutionary Guard Corps (DHL Waybill 4554582034)
- National Iranian Oil Company (DHL Waybill 4554613814)

6. Prior to October 31, 2017, I participated in the process of assembling a separate service package for each of the Defendants named herein.

7. A letter dated October 31, 2017 addressed to the Clerk of Court, U.S. District Court, 333 Constitution Avenue, NW, Washington, DC 20001, was provided along with six boxes containing the specific service package for each Defendant as well as the corresponding DHL Waybill for each Defendant. *See* Dkt. No. 23.

8. On November 13, 2017, the Clerk of Court filed a Certificate of Mailing and scheduled pickup of the packages by DHL. *See* Dkt. 25, 25-1, & 25-2.

9. On November 27, 2017, DHL provided by email a letter confirming proof of delivery on Defendant, Bank Markazi Jomhouri Islami Iran, Waybill No. 4554601273, reflecting the package was signed for by "D.S." *See* Dkt. No. 27-1.

10. On November 30, 2017, I spoke with Ana Suarez with DHL. She indicated that the Iranian Ministry of Intelligence & Security, Waybill No. 4554596841, was "refusing shipment." She questioned whether to discard or return the package. I requested she provide us with written confirmation of "refusal."

11. On December 4, 2017, DHL provided by email a letter confirming proof of delivery on Defendant, National Iranian Oil Company, Waybill No. 4554613814, reflecting the package was signed for by "Norafkan." *See* Dkt. No. 28-1.

12. On December 7, 2017, I received a telephone call from Angel Samaniego with DHL. She provided the following information regarding attempts to obtain service on various defendants:

  a. Islamic Revolutionary Guard, Waybill No. 4554582034 – recipient "will not accept packages."

  b. Islamic Republic of Iran, Waybill No. 4554562386 – not yet delivered;

  c. Iranian Ministry of Intelligence & Security, Waybill No. 4554596841 – "not being accepted; refused."

  d. Bank Melli Iran, Waybill No. 4554610174 – Delivery scheduled for Saturday.

13. On December 8, 2017, I spoke with Ebony Ramsey of DHL and requested that they provide a letter confirming refusal of the Islamic Revolutionary Guard to accept packages.

14. On December 11, 2017, I received a call from Sharon Marks with DHL. She indicated that regarding service on the Iranian Ministry of Intelligence & Security, Waybill No. 4554596841, the "mailroom refused to accept any shipments from DHL." Further, Ms. Marks indicated that any packages directed to the Iranian Minister of Foreign Affairs, Mohammed Javad Zarif, are rejected by the Ministry because his name is on a "denied parties list."

15. On December 13, 2017, Sharon Marks with DHL emailed me again indicating that the shipment to the Iranian Ministry of Intelligence & Security, Waybill 4554596841, "is on hold at the destination's mailroom as they do not accept any DHL shipment." DHL suggested that we contact the receiver or the Defendant and have them call DHL. A true and authentic copy of this email is attached to the Motion as Ex. I.

16. By email from Andres Corella of DHL on December 13, 2017, he indicated that regarding service on the Islamic Republic of Iran, Waybill No. 4554562386, that the receiver "is not accepting shipments at all." A true and authentic copy of this email is attached to the Motion as Ex. B.

17. As previously requested by me, on December 13, 2017, Angel Samaniego provided a letter dated December 12, 2017 stating that the package to be served on the Islamic Revolutionary Guard Corps, Waybill No. 4554582034 "was refused by the consignee as they do not accept any packages at this address." A true and authentic copy of this email is attached to the Motion as Ex. G)

18. Because of the failure of DHL to complete service on Defendants, the Islamic Republic of Iran, the Islamic Revolutionary Guard Corps, and the Iranian Ministry of Intelligence & Security, prior to December 14, 2017, we assembled three separate packages for service of process on these defendants through the U.S. Department of State pursuant to the 28 U.S. C. § 1608(a)(4) and FRCP 4(f)(2)(C)(ii).

19. On December 14, 2017, the three service packages for the above-listed defendants were provided to the Clerk of Court, U.S. District Court for the District of Columbia, 333 Constitution Avenue, N.W., Washington, DC 20001 by Federal Express delivery, for conveyance to the U.S. Department of State.

20. On December 19, 2017, DHL provided by email a letter confirming proof of delivery on Defendant, Bank Melli Iran, Waybill No. 4554610174, reflecting the package was signed for by "Souri." *See* Dkt. No. 33-1.

21. On December 20, 2017, the Federal Express packages addressed to the U.S. Department of State, Consular Affairs, and requesting foreign service of process on the three unserved defendants, were delivered to the Department of State.

22. The first contact received from the U.S. Department of State was received on January 31, 2018, when Mr. Michael McPherson called from the U.S. Department of State. Mr. McPherson inquired regarding two minute orders dated May 22, 2017 and September 14, 2017

4

that were to be included in the packages for delivery through the Department of State, indicating they did not receive both copies. He also indicated that the Summons addressed to the Iranian Ministry of *Intelligence* & Security instead stated the Iranian Ministry of *Information* & Security.

23. On February 2, 2018, I again spoke with Mr. McPherson at the U.S. Department of State who indicated that I could email him the Minute Orders which he did not have. I also confirmed the correct name of the Defendant, Iranian Ministry of Intelligence & Security and advised that we were in the process of obtaining an Amended Summons with the correct name of the defendant.

24. By email dated February 2, 2018, I provided Mr. McPherson at the U.S. Department of State copies of the Minute Orders (English version & Farsi translation) dated May 22, 2017 and September 15, 2017. A true and authentic copy of this email is attached to the Motion as Ex. E).

25. On February 2, 2018, I prepared for filing with the Clerk of Court a corrected Summons directed to Islamic Ministry of Intelligence & Security. *See* Dkt. No. 34.

26. On February 5, 2018, the Court issued the corrected Summons directed to Islamic Ministry of Intelligence & Security. *See* Dkt. No. 35.

27. On February 6, 2018, I provided a copy of the corrected Summons to Mr. McPherson, U.S. Department of State. A true and authentic copy of this email is attached to the Motion as Ex. J. On this same day, I conducted a telephone call with Mr. McPherson during which he confirmed that the documents were being prepared for transmittal to the U.S. Embassy in Bern, Switzerland, and that diplomatic notes would then be prepared in advance of relaying the packages to the Iranian Ministry of Foreign Affairs in Switzerland. Mr. McPherson indicated that the time to serve the documents would be one to two months.

28. On February 8, 2018, the Clerk entered "Summons Returned Unexecuted" as to Bank Markazi Jomhouri Islami Iran, Iranian Ministry of Intelligence & Security, and National Iranian Oil Company. *See* Dkt. Nos. 40, 41, & 42.

29. On February 8, 2018, after review of the docketed notices of "Summons Returned Unexecuted" as to Bank Markazi Jomhouri Islami Iran, Iranian Ministry of Intelligence & Security, and National Iranian Oil Company, which included defendants which we had been advised by DHL that service had been confirmed, I called and spoke with the Civil Case Administrator at the Clerk's office in the U.S. District Court, District of Columbia. We discussed the conflict between the "Summons Returned Unexecuted" and the Affidavits in Support of Default as to National Iranian Oil Company (NIOC) (*See* Dkt. 37) and Bank Markazi Jomhouri Islami Iran (*See* Dkt. 38). The Civil Case Administrator noted the conflict and said she would be returning the returned packages to our office. I provided her with our firm's Federal Express number so that she could ship the packages to our office for review.

30. Between February 9 and 12, 2018, the Levin Papantonio law firm received three boxes from the Clerk's Office, U.S. District Court, containing the Service of Process Documents including Summons addressed to Defendants Bank Markazi, NIOC, and MOIS. The Clerk included photographs of the shipping labels used to ship the packages from Iran back to the United States. True and authentic copies of these photos are attached to the Motion as Exs. N, O, and P.

31. On February 26, 2018, I participated in a telephone conference with representatives of DHL and attorney Christopher Paulos in order to confirm the delivery status of the Bank Markazi, NIOC, and MOIS packages that had been returned from Iran to the Clerk's office in December 2017. DHL confirmed that the packages had been signed for at the intended

6

destinations for Bank Markazi and NIOC, and DHL could not confirm who instructed them for the return of the packages. Further, DHL indicated that they would not have returned the packages had a party not instructed them to do so and/or compensated them for their services. Despite this, DHL could not confirm who, if anyone, had paid the cost for returning the service packages to the Clerk of Court.

32. On March 3, 2018, I again spoke with Mr. McPherson, U.S. Department of State to obtain the status of service of process. He indicated that the packages for service of process had been mailed on February 14, 2018, via diplomatic mail to the U.S. Embassy in Bern, Switzerland.

33. On May 4, 2018, I contacted Mr. McPherson, U.S. Department of State by way of email correspondence regarding the status of service on Defendants through the Department of State. Mr. McPherson responded by email providing a copy of a letter dated April 30, 2018 addressed to the Clerk of the Court, United States District Court, advising that service of documents were delivered to the Iranian Ministry of Foreign Affairs under cover of diplomatic notes on March 18, 2018.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 14th day of September, 2018 in Pensacola, Florida.

*Sylvia Jarrett*
Sylvia Jarrett

State of Florida

County of Escambia

    BEFORE ME, the undersigned authority, on this day personally appeared Sylvia Jarrett, known to me to be the person whose name is subscribed to the foregoing Affidavit of Sylvia Jarrett, CLA, and acknowledge to me that she executed the same for the purposes and consideration therein expressed and in the capacity therein expressed.

    Witness my hand and official seal this 14th day of September, 2018.

_____
Notary Public

CAROLINE A PETERSON
Commission # GG 151812
Expires October 16, 2021
Bonded Thru Budget Notary Services