# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSHUA L. HOLLADAY, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 1:17-cv-00915-RDM |
| v. ) | |
| ) | |
| THE ISLAMIC REPUBLIC OF IRAN, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## AUGUST 7, 2020, JOINT STATUS REPORT

The Department of Defense ("DOD"), through its undersigned counsel, and Plaintiffs, through their undersigned counsel, hereby file this Joint Status Report.

1. DOD was required to process 500 pages of potentially responsive pages by July 27, 2020, and DOD met that deadline.

2. DOD was required to process an additional 500 pages of potentially responsive pages by August 10, 2020, and has met that deadline as well.

3. The next deadline in this case applicable to DOD requires DOD to process an additional 500 pages of potentially responsive pages by October 9, 2020.

4. DOD continues to have limited capacity to process classified materials because of the ongoing Covid-19 pandemic. As previously explained, many of DOD's relevant staff still are only permitted to be in the office for limited periods of time, if at all, and, with few exceptions, they cannot process classified materials while teleworking. However, DOD's counsel has been and continues to be available to meet and confer with Plaintiffs to discuss the document review process.

5.  Pursuant to the Court's minute order of July 7, 2020, Plaintiffs and DOD will file their next Joint Status Report on September 8, 2020, which, as ordered, will recommend proposed steps to move this case forward.

Dated: August 7, 2020   Respectfully submitted,

By: */s/ Dustin B. Herman*
DUSTIN B. HERMAN (*Pro Hac Vice*)
Ohio Bar No. 0093163
**SPANGENBERG SHIBLEY & LIBER LLP**
1001 Lakeside Ave., East, Suite 1700
Cleveland, Ohio 44114
Telephone: (216) 696-3232
Facsimile: (216) 696-3924
Email: dherman@spanglaw.com

*Counsel for Plaintiffs*

ETHAN P. DAVIS
Acting Assistant Attorney General
Civil Division

JACQUELINE COLEMAN SNEAD
Assistant Director, Federal Programs Branch

*/s/ Carol Federighi*
CAROL FEDERIGHI
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Phone: (202) 514-1903
Email: carol.federighi@usdoj.gov

*Counsel for Interested Party United States Department of Defense*