UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSHUA L. HOLLADAY, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Civil Action No. 1:17-cv-00915-RDM |
| v. | ) |
| | ) |
| THE ISLAMIC REPUBLIC OF IRAN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**MARCH 4, 2022, JOINT STATUS REPORT**

The Department of Defense ("DOD"), through its undersigned counsel, and Plaintiffs, through their undersigned counsel, hereby file this Joint Status Report.

1. DOD's next processing and production deadline is April 4, 2022.

2. DOD continues to work to identify, search for, and process documents responsive to the more targeted lists that Plaintiffs have provided as a result of a meet-and-confer process to define the remaining production universe. DOD has already produced some of the documents on Plaintiffs' lists and continues to meet and confer with Plaintiffs to refine the lists. For the next production deadline, DOD will continue processing items identified from the current lists, but anticipates not being able to process 500 pages. DOD will continue to attempt to search for the remaining documents on the lists. The parties will meet and confer before the next deadline to determine if they are in agreement as to the processing and production numbers scheduled for production and, if they are not, DOD will file a motion to modify its obligation.

3. The next status report is due on or before April 1, 2022.

Dated: March 4, 2022                                              Respectfully submitted,

By: */s/ Dustin B. Herman*
DUSTIN B. HERMAN (*Pro Hac Vice*)
Ohio Bar No. 0093163
**SPANGENBERG SHIBLEY & LIBER LLP**
1001 Lakeside Ave., East, Suite 1700
Cleveland, Ohio 44114
Telephone: (216) 696-3232
Facsimile: (216) 696-3924
Email: dherman@spanglaw.com

*Counsel for Plaintiffs*


BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

*/s/ Carol Federighi*
CAROL FEDERIGHI
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Phone: (202) 514-1903
Email: carol.federighi@usdoj.gov

*Counsel for Interested Party United States Department of Defense*