# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JOSHUA L. HOLLADAY, *et al.*,  )
                                                )
         Plaintiffs,                  )
                                                )   Civil Action No. 1:17-cv-00915-RDM
v.                                           )
                                                )
THE ISLAMIC REPUBLIC OF IRAN, *et al.*,  )
                                                )
         Defendants.              )

## SEPTEMBER 15, 2023 STATUS REPORT

The Plaintiffs, through their undersigned counsel, hereby file this Status Report.[1]

1.    This Status Report is being filed pursuant to the Court's Minute Order, dated August 7, 2023.

2.    On September 8, 2023, Plaintiffs and DOD filed a Joint Stipulation and Motion requesting that the Court vacate the requirements that DOD process 500 pages of responsive documents every 60 days and the requirement that Plaintiffs and DOD file joint status reports on the first Friday of every month.

3.    The Court granted said Motion on September 11, 2023.

4.    Discovery from DOD is substantially complete, and Plaintiffs believe, after the anticipated production from DOD in September, they will have sufficient documentation (based on rulings by other Courts in this District) to meet their burden of proof for each attack at issue in this litigation.

5.    Plaintiffs are in the process of finalizing their expert reports for all 43 attacks.

---

[1] Based on the Court's Minute Entry dated September 11, 2023, DOD's understanding is that it did not need to join in this Status Report, so Plaintiff is filing this as a Status Report instead of a Joint Status Report.

6. Plaintiffs respectfully request a Status Conference with the Court in the next 30-60 days via Zoom, or in person if the Court prefers, to discuss the presentation of and schedule for filing briefs regarding liability and damages for the 43 attacks.

Dated: September 15, 2023

Respectfully submitted,

By: */s/ Dustin B. Herman*
DUSTIN B. HERMAN (*Pro Hac Vice*)
Ohio Bar No. 0093163
**SPANGENBERG SHIBLEY & LIBER LLP**
1001 Lakeside Ave., East, Suite 1700
Cleveland, Ohio 44114
Telephone: (216) 696-3232
Facsimile: (216) 696-3924
Email: dherman@spanglaw.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

>	*/s/Dustin B. Herman*
>	Dustin B. Herman