| PX Number | Docket Number | Name | Relationship to Direct injured | Status Establishing Standing | Type of Evidence | Attack Date(s) | Attack No. | Grounds for Admission |
|---|---|---|---|---|---|---|---|---|
| **Alagna.Dominick - Attack No. 1** | | | | | | | | |
| PX1304 | 234 | Dominick Jared Alagna | Direct Victim | U.S. Service Member | DD-214 | 4/9/2004 | 1 | FRE 401; 402; 803(6); 901; 902 |
| **Anderson.Christopher - Attack No. 3** | | | | | | | | |
| PX3402 | 229-23 | Christopher Anderson | Direct Victim | U.S. Service Member | DD-214 | 12/21/2004 | 3 | FRE 401; 402; 803(6); 901; 902 |
| PX3408 | 234-17 | Tahnee Anderson | Spouse | U.S. Citizen/National | Birth Certificate | 12/21/2004 | 3 | FRE 401; 402; 803(6); 901; 902 |
| PX3409 | 234-18 | T.K.A., a minor child | Child | U.S. Citizen/National | Birth Certificate | 12/21/2004 | 3 | FRE 401; 402; 803(6); 901; 902 |
| **Atkinson.Eric - Attack No. 3** | | | | | | | | |
| PX2807 | 229-4 | Eric Atkinson | Direct Victim | U.S. Service Member | DD-214 | 12/21/2004 | 3 | FRE 401; 402; 803(6); 901; 902 |
| **Bass.Travis - Attack No. 11** | | | | | | | | |
| PX5012 | 230-9 | Travis Bass | Direct Victim | U.S. Service Member | DD-214 | 2/3/2007 | 11 | FRE 401; 402; 803(6); 901; 902 |
| PX5024 | 235-8 | Mary L. Milton | Parent | U.S. Citizen/National | Birth Certificate | 2/3/2007 | 11 | FRE 401; 402; 803(6); 901; 902 |
| PX5025 | 235-9 | Harold Allen Milton | Step-Parent | U.S. Citizen/National | Birth Certificate | 2/3/2007 | 11 | FRE 401; 402; 803(6); 901; 902 |
| PX5026 | 235-10 | Adam Christopher Bass | Sibling | U.S. Citizen/National | Birth Certificate | 2/3/2007 | 11 | FRE 401; 402; 803(6); 901; 902 |
| PX5027 | 235-11 | Harold Bass | Parent | U.S. Citizen/National | Declaration | 2/3/2007 | 11 | 28 U.S.C. § 1746 |
| PX5027 | 235-11 | Lisa Lambert | Sibling | U.S. Citizen/National | Declaration | 2/3/2007 | 11 | 28 U.S.C. § 1746 |
| PX5029 | 235-12 | Aaron Bass | Sibling | U.S. Citizen/National | Birth Certificate | 2/3/2007 | 11 | FRE 401; 402; 803(6); 901; 902 |

**Amended Exhibit A to Supplement to Plaintiffs' Motion for Default Judgment on Defendants' Liability**

| PX Number | Docket Number | Name | Relationship to Direct injured | Status Establishing Standing | Type of Evidence | Attack Date(s) | Attack No. | Grounds for Admission |
|---|---|---|---|---|---|---|---|---|
| **Bivens.Daniel - Attack No. 3** | | | | | | | | |
| PX2907 | 229-6 | Daniel Bivens | Direct Victim | U.S. Citizen/National | Birth Certificate | 12/21/2004 | 3 | FRE 401; 402; 803(6); 901; 902 |
| PX2922 | 234-14 | Jeanetta Dawn Bivens | Spouse | U.S. Citizen/National | Birth Certificate | 12/21/2004 | 3 | FRE 401; 402; 803(6); 901; 902 |
| **Bundy.Teray - Attack No. 3** | | | | | | | | |
| PX2103 | 228-32 | Teray Bundy | Direct Victim | U.S. Service Member | DD-214 | 12/21/2004 | 3 | FRE 401; 402; 803(6); 901; 902 |
| **Byler.Evan - Attack No. 3** | | | | | | | | |
| PX2603 | 210-17 | Evan Byler | Direct Victim | U.S. Service Member | DD-214 | 12/21/2004 | 3 | FRE 401; 402; 803(6); 901; 902 |
| **Coe.Thomas - Attack No. 14** | | | | | | | | |
| PX6619 | 235-24 | Thomas Milton Coe | Direct Victim | U.S. Service Member | DD-214 | 4/28/2008 | 14 | FRE 401; 402; 803(6); 901; 902 |
| PX6617 | 235-22 | Heather Nicole Coe | Spouse | U.S. Citizen/National | Birth Certificate | 4/28/2008 | 14 | FRE 401; 402; 803(6); 901; 902 |
| PX6618 | 235-23 | V.T.C., a minor child | Child | U.S. Citizen/National | Birth Certificate | 4/28/2008 | 14 | FRE 401; 402; 803(6); 901; 902 |
| **Chinn.William - Attack No. 15** | | | | | | | | |
| PX7305 | 230-40 | William Marcus Chinn | Direct Victim | U.S. Service Member | DD-214 | 7/10/2011 | 15 | FRE 401; 402; 803(6); 901; 902 |
| **Collins.Quentin - Attack No. 3** | | | | | | | | |
| PX2302 | 228-40 | Quentin D. Collins | Direct Victim | U.S. Service Member | DD-214 | 12/21/2004 | 3 | FRE 401; 402; 803(6); 901; 902 |
| PX2318 | 234-7 | Melida Collins | Spouse | U.S. Citizen/National | Naturalization Certificate | 12/21/2004 | 3 | FRE 401; 402; 803(6); 901; 902 |
| PX2320 | 234-8 | Siera Nicole Collins | Child | U.S. Citizen/National | Birth Certificate | 12/21/2004 | 3 | FRE 401; 402; 803(6); 901; 902 |
| PX2321 | 234-9 | Michael Anthony Collins | Child | U.S. Citizen/National | Birth Certificate | 12/21/2004 | 3 | FRE 401; 402; 803(6); 901; 902 |

**Amended Exhibit A to Supplement to Plaintiffs' Motion for Default Judgment on Defendants' Liability**

| PX Number | Docket Number | Name | Relationship to Direct injured | Status Establishing Standing | Type of Evidence | Attack Date(s) | Attack No. | Grounds for Admission |
|---|---|---|---|---|---|---|---|---|
| PX2322 | 234-10 | Shawn Collins | Child | U.S. Citizen/National | Birth Certificate | 12/21/2004 | 3 | FRE 401; 402; 803(6); 901; 902 |
| **Elizenberry.Terrance - Attack No. 6** | | | | | | | | |
| PX4301 | 235-1 | Terrance Elizenberry | Direct Victim | U.S. Service Member | DD-214* An unredacted copy is not currently available | 4/19/2005 | 6 | FRE 401; 402; 803(6); 901; 902 |
| **Frederick.Antonio - Attack No. 6** | | | | | | | | |
| PX3916 | 234-32 | Antonio Martinez Frederick | Direct Victim | U.S. Service Member | DD-214 | 4/19/2005 | 6 | FRE 401; 402; 803(6); 901; 902 |
| PX3913 | 234-29 | Sara Kinnel-Frederick | Spouse | U.S. Citizen/National | Birth Certificate | 4/19/2005 | 6 | FRE 401; 402; 803(6); 901; 902 |
| PX3914 | 234-30 | Antonio Marekeize Kinnel | Child | U.S. Citizen/National | Birth Certificate | 4/19/2005 | 6 | FRE 401; 402; 803(6); 901; 902 |
| PX3915 | 234-31 | Antorio Martineze Kinnel | Child | U.S. Citizen/National | Birth Certificate | 4/19/2005 | 6 | FRE 401; 402; 803(6); 901; 902 |
| **Gatewood.Melvin - Attack No. 6** | | | | | | | | |
| PX4102 | 201-9 | Melvin Jerome Gatewood | Direct Victim | U.S. Service Member | DD-214 | 4/19/2005 | 6 | FRE 401; 402; 803(6); 901; 902 |
| PX4107 | 234-33 | Mildred Lue Smith | Parent | U.S. Citizen/National | Birth Certificate | 4/19/2005 | 6 | FRE 401; 402; 803(6); 901; 902 |
| PX4108 | 235 | Ronald Lynn Gatewood Sr. | Sibling | U.S. Citizen/National | Birth Certificate | 4/19/2005 | 6 | FRE 401; 402; 803(6); 901; 902 |
| **Gautier.Aaron - Attack No. 7** | | | | | | | | |
| PX5210 | 235-13 | Aaron Daniel Gautier | Direct Victim | U.S. Service Member | Report of Casualty | 5/17/2007 | 7 | FRE 401; 402; 803(6); 901; 902 |
| PX5217 | 235-14 | Tina Louise Houchins | Parent | U.S. Citizen/National | Birth Certificate | 5/17/2007 | 7 | FRE 401; 402; 803(6); 901; 902 |

**Amended Exhibit A to Supplement to Plaintiffs' Motion for Default Judgment on Defendants' Liability**

| PX Number | Docket Number | Name | Relationship to Direct injured | Status Establishing Standing | Type of Evidence | Attack Date(s) | Attack No. | Grounds for Admission |
|---|---|---|---|---|---|---|---|---|
| PX5218 | 235-15 | Daniel Gautier | Parent | U.S. Citizen/National | Birth Certificate | 5/17/2007 | 7 | FRE 401; 402; 803(6); 901; 902 |
| PX5219 | 235-16 | Patricia A. Gautier | Sibling | U.S. Citizen/National | Birth Certificate | 5/17/2007 | 7 | FRE 401; 402; 803(6); 901; 902 |
| PX5220 | 235-17 | Alexis Houchins | Step-Sibling | U.S. Citizen/National | Birth Certificate | 5/17/2007 | 7 | FRE 401; 402; 803(6); 901; 902 |
| **Gilbert.James - Attack No. 3** | | | | | | | | |
| PX2508 | 228-52 | James Gilbert | Direct Victim | U.S. Service Member | DD-214 | 12/21/2004 | 3 | FRE 401; 402; 803(6); 901; 902 |
| **Greenalch.Joseph - Attack No. 3** | | | | | | | | |
| PX3104 | 229-15 | Joseph Greenalch | Direct Victim | U.S. Service Member | DD-214 | 12/21/2004 | 3 | FRE 401; 402; 803(6); 901; 902 |
| **Griffiths.Charles - Attack No. 3** | | | | | | | | |
| PX3300 | 229-19 | Charles Griffiths | Direct Victim | U.S. Service Member | DD-214 | 12/21/2004 | 3 | FRE 401; 402; 803(6); 901; 902 |
| **Hogge.Jonathon - Attack No. 3** | | | | | | | | |
| PX3701 | 229-32 | Jonathon Brock Hogge | Direct Victim | U.S. Service Member | DD-214 | 12/21/2004 | 3 | FRE 401; 402; 803(6); 901; 902 |
| PX3708 | 234-22 | Taylor B. Hogge | Child | U.S. Citizen/National | Declaration | 12/21/2004 | 3 | 28 U.S.C. § 1746 |
| PX3709 | 234-23 | K.A.H., a minor child | Child | U.S. Citizen/National | Birth Certificate | 12/21/2004 | 3 | FRE 401; 402; 803(6); 901; 902 |
| **Jones.Wyman - Attack No. 6** | | | | | | | | |
| PX4201 | 229-46 | Wyman Jones | Direct Victim | U.S. Service Member | DD-214 | 4/19/2005 | 6 | FRE 401; 402; 803(6); 901; 902 |
| **Konen.Angela - Attack No. 3** | | | | | | | | |
| PX3004 | 229-13 | Angela Konen | Direct Victim | U.S. Service Member | DD-214 | 12/21/2004 | 3 | FRE 401; 402; 803(6); 901; 902 |

**Amended Exhibit A to Supplement to Plaintiffs' Motion for Default Judgment on Defendants' Liability**

| PX Number | Docket Number | Name | Relationship to Direct injured | Status Establishing Standing | Type of Evidence | Attack Date(s) | Attack No. | Grounds for Admission |
|---|---|---|---|---|---|---|---|---|
| **Kuniholm.Jonathon - Attack No. 5** | | | | | | | | |
| PX3815 | 229-36 | Jonathan F. Kuniholm | Direct Victim | U.S. Service Member | DD-214 | 1/1/2005 | 5 | FRE 401; 402; 803(6); 901; 902 |
| PX3823 | 234-24 | Michele Terese Quinn | Spouse | U.S. Citizen/National | Birth Certificate | 1/1/2005 | 5 | FRE 401; 402; 803(6); 901; 902 |
| PX3824 | 234-25 | Samuel Kuniholm | Child | U.S. Citizen/National | Birth Certificate | 1/1/2005 | 5 | FRE 401; 402; 803(6); 901; 902 |
| PX3825 | 234-26 | Bruce Kuniholm | Parent | U.S. Citizen/National | Birth Certificate | 1/1/2005 | 5 | FRE 401; 402; 803(6); 901; 902 |
| PX3826 | 234-27 | Elizabeth Kuniholm | Parent | U.S. Citizen/National | Birth Certificate | 1/1/2005 | 5 | FRE 401; 402; 803(6); 901; 902 |
| PX3827 | 234-28 | Erin Kuniholm | Sibling | U.S. Citizen/National | Passport | 1/1/2005 | 5 | FRE 401; 402; 803(6); 901; 902 |
| **Majeed.Ayad - Attack No. 9** | | | | | | | | |
| PX4520 | 230-3 | Ayad M. Majeed | Direct Victim | U.S. Gov't Contractor | Form LS-202 | 1/18/2006 | 9 | FRE 401; 402; 803(6); 901; 902 |
| PX4522 | 235-3 | Sana Ali | Spouse | U.S. Citizen/National | Naturlization Certificate | 1/18/2006 | 9 | FRE 401; 402; 803(6); 901; 902 |
| PX4523 | 235-4 | Mohammed Ayad Majeed | Child | U.S. Citizen/National | Passport | 1/18/2006 | 9 | FRE 401; 402; 803(6); 901; 902 |
| PX4524 | 235-5 | Marian A. Majeed | Child | U.S. Citizen/National | Passport | 1/18/2006 | 9 | FRE 401; 402; 803(6); 901; 902 |
| PX4525 | 235-6 | S.M., a minor child | Child | U.S. Citizen/National | Passport | 1/18/2006 | 9 | FRE 401; 402; 803(6); 901; 902 |
| **McBride.Rodney - Attack No. 6** | | | | | | | | |
| PX4002 | 229-43 | Rodney McBride | Direct Victim | U.S. Service Member | DD-214 | 4/19/2005 | 6 | FRE 401; 402; 803(6); 901; 902 |

**Amended Exhibit A to Supplement to Plaintiffs' Motion for Default Judgment on Defendants' Liability**

| PX Number | Docket Number | Name | Relationship to Direct injured | Status Establishing Standing | Type of Evidence | Attack Date(s) | Attack No. | Grounds for Admission |
|---|---|---|---|---|---|---|---|---|
| **Mixson.Joseph - Attack No. 13** | | | | | | | | |
| PX5902 | 230-22 / 235-18 | Joseph Catlin Mixson | Direct Victim | U.S. Service Member | DD-214* Clearer copy at ECF no. 235-18 | 9/4/2007 | 13 | FRE 401; 402; 803(6); 901; 902 |
| PX5922 | 235-19 | Alicia Milan Mixson | Sibling | U.S. Citizen/National | Birth Certificate | 9/4/2007 | 13 | FRE 401; 402; 803(6); 901; 902 |
| PX5923 | 235-20 | Joseph Johnson Mixson, Jr. | Parent | U.S. Citizen/National | Birth Certificate | 9/4/2007 | 13 | FRE 401; 402; 803(6); 901; 902 |
| PX5924 | 235-21 | Karon Wilson Mixson | Parent | U.S. Citizen/National | Birth Certificate | 9/4/2007 | 13 | FRE 401; 402; 803(6); 901; 902 |
| **Niquette.Sean - Attack No. 15** | | | | | | | | |
| PX7210 | 230-36 | Seam M. Niquette | Direct Victim | U.S. Service Member | DD-214 | 7/10/2011 | 15 | FRE 401; 402; 803(6); 901; 902 |
| PX7223 | 235-25 | Lauren Niquette | Spouse | U.S. Citizen/National | Naturalization Certificate | 7/10/2011 | 15 | FRE 401; 402; 803(6); 901; 902 |
| PX7224 | 235-26 | Thomas Niquette | Parent | U.S. Citizen/National | Birth Certificate | 7/10/2011 | 15 | FRE 401; 402; 803(6); 901; 902 |
| PX7225 | 235-27 | Mary Niquette | Parent | U.S. Citizen/National | Birth Certificate | 7/10/2011 | 15 | FRE 401; 402; 803(6); 901; 902 |
| **Nolte.Nicholas - Attack No. 4** | | | | | | | | |
| PX1704 | 228-15 | Nicholas Nolte | Direct Victim | U.S. Service Member | Report of Casualty | 11/9/2004 | 4 | FRE 401; 402; 803(6); 901; 902 |
| PX1701 | 234-1 | Melina Rose Nolte | Spouse | U.S. Citizen/National | Birth Certificate | 11/9/2004 | 4 | FRE 401; 402; 803(6); 901; 902 |
| PX1703 | 234-2 | Alanna Rose Nolte | Child | U.S. Citizen/National | Birth Certificate | 11/9/2004 | 4 | FRE 401; 402; 803(6); 901; 902 |
| PX1705 | 234-3 | Anita Nolte | Parent | U.S. Citizen/National | Birth Certificate | 11/9/2004 | 4 | FRE 401; 402; 803(6); 901; 902 |

**Amended Exhibit A to Supplement to Plaintiffs' Motion for Default Judgment on Defendants' Liability**

| PX Number | Docket Number | Name | Relationship to Direct injured | Status Establishing Standing | Type of Evidence | Attack Date(s) | Attack No. | Grounds for Admission |
|---|---|---|---|---|---|---|---|---|
| **Ohrt.James - Attack No. 3** | | | | | | | | |
| PX3605 | 229-28 | James Ohrt | Direct Victim | U.S. Service Member | DD-214 | 12/21/2004 | 3 | FRE 401; 402; 803(6); 901; 902 |
| **Phillippi.Victoria - Attack No. 3** | | | | | | | | |
| PX3202 | 229-17 | Victoria Phillippi | Direct Victim | U.S. Service Member | DD-214 | 12/21/2004 | 3 | FRE 401; 402; 803(6); 901; 902 |
| PX3205 | 234-15 | Teresita Castillo | Parent | U.S. Citizen/National | Passport | 12/21/2004 | 3 | FRE 401; 402; 803(6); 901; 902 |
| PX3206 | 234-16 | Wilfredo Castillo | Parent | U.S. Citizen/National | Passport | 12/21/2004 | 3 | FRE 401; 402; 803(6); 901; 902 |
| **Portwine.Brian - Attack No. 10** | | | | | | | | |
| PX4804 | 230-6 | Brian Lee Portwine | Direct Victim | U.S. Service Member | DD-214 | 4/19/2005 | 10 | FRE 401; 402; 803(6); 901; 902 |
| PX4819 | 235-7 | Peggy Jean Portwine | Parent | U.S. Citizen/National | Birth Certificate | 12/4/2006 | 10 | FRE 401; 402; 803(6); 901; 902 |
| **Pratt.Mark - Attack No. 3** | | | | | | | | |
| PX2712 | 229-1 | Mark Joseph Pratt | Direct Victim | U.S. Service Member | DD-214 | 12/21/2004 | 3 | FRE 401; 402; 803(6); 901; 902 |
| PX2718 | 234-23 | Rose Pratt | Spouse | U.S. Citizen/National | Naturalization Certificate | 12/21/2004 | 3 | FRE 401; 402; 803(6); 901; 902 |
| **Ruhren.David - Attack No. 3** | | | | | | | | |
| PX2204 | 209-17 | David Alan Ruhren | Direct Victim | U.S. Citizen/National | Cert. of Death Overseas | 12/21/2004 | 3 | FRE 401; 402; 803(9); 901; 902 |
| PX2212 | 234-5 | Peggy Rukoskie | Aunt | U.S. Citizen/National | Birth Certificate | 12/21/2004 | 3 | FRE 401; 402; 803(6); 901; 902 |
| PX2213 | 234-6 | Sonja Ruhren | Parent | U.S. Citizen/National | Declaration | 12/21/2004 | 3 | 28 U.S.C. § 1746 |
| **Schwarz.Brad - Attack No. 8** | | | | | | | | |
| PX4411 | 235-2 | Brad Schwarz | Direct Victim | U.S. Citizen/National | DD-214 | 8/13/2005 | 8 | FRE 401; 402; 803(6); 901; 902 |

**Amended Exhibit A to Supplement to Plaintiffs' Motion for Default Judgment on Defendants' Liability**

| PX Number | Docket Number | Name | Relationship to Direct injured | Status Establishing Standing | Type of Evidence | Attack Date(s) | Attack No. | Grounds for Admission |
|---|---|---|---|---|---|---|---|---|
| **Stokenbury.Arthur - Attack No. 2** | | | | | | | | |
| PX1405 | 228-9 | Arthur Stokenbury | Direct Victim | U.S. Service Member | DD-214 | 6/21/2004 | 2 | FRE 401; 402; 803(6); 901; 902 |
| **Turay.Brima - Attack No. 3** | | | | | | | | |
| PX1931 | 228-24 | Brima Turay | Direct Victim | U.S. Service Member | DD-214 | 12/21/2004 | 3 | FRE 401; 402; 803(6); 901; 902 |
| PX1940 | 234-4 | Ruth Turay | Parent | U.S. Citizen/National | Birth Certificate | 12/21/2004 | 3 | FRE 401; 402; 803(6); 901; 902 |
| **Ward.Antonio - Attack No. 3** | | | | | | | | |
| PX2404 | 228-50 | Antonio Harold Ward | Direct Victim | U.S. Service Member | DD-214 | 12/21/2004 | 3 | FRE 401; 402; 803(6); 901; 902 |
| PX2412 | 234-11 | Dennis H. Ward | Parent | U.S. Citizen/National | Birth Certificate | 12/21/2004 | 3 | FRE 401; 402; 803(6); 901; 902 |
| PX2413 | 234-12 | Dalis B. Ward | Parent | U.S. Citizen/National | Naturalization Certificate | 12/21/2004 | 3 | FRE 401; 402; 803(6); 901; 902 |
| **Williams.George - Attack No. 3** | | | | | | | | |
| PX3502 | 229-25 | George Lon Williams | Direct Victim | U.S. Service Member | DD-214 | 12/21/2004 | 3 | FRE 401; 402; 803(6); 901; 902 |
| PX3523 | 234-19 | Elizabeth Grace Williams | Spouse | U.S. Citizen/National | Birth Certificate | 12/21/2004 | 3 | FRE 401; 402; 803(6); 901; 902 |
| PX3524 | 234-20 | Kayleigh Ann Weaver | Daughter | U.S. Citizen/National | Birth Certificate | 12/21/2004 | 3 | FRE 401; 402; 803(6); 901; 902 |
| PX3525 | 234-21 | Nickolas Alan Williams | Son | U.S. Citizen/National | Birth Certificate | 12/21/2004 | 3 | FRE 401; 402; 803(6); 901; 902 |
| **Wolfe.Joshua - Attack No. 12** | | | | | | | | |
| PX5102 | 230-11 | Joshua Wolfe | Direct Victim | U.S. Service Member | DD-214 | 2/26/2007 | 12 | FRE 401; 402; 803(6); 901; 902 |
| **Wright.Jeff - Attack No. 3** | | | | | | | | |
| PX2002 | 228-28 | Jeff Wright | Direct Victim | U.S. Service Member | DD-214 | 12/21/2004 | 3 | FRE 401; 402; 803(6); 901; 902 |

**Amended Exhibit A to Supplement to Plaintiffs' Motion for Default Judgment on Defendants' Liability**