UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSHUA L. HOLLADAY, et al., )<br>)<br>Plaintiffs, )<br>) <br>v. )<br>)<br>THE ISLAMIC REPUBLIC OF IRAN, et al., )<br>)<br>Defendants )<br>_____ ) | Civil Action No. 1:17-cv-0915-RDM |

## NOTICE OF FILING AMENDED EXHIBIT LIST

Pursuant to the status conference and the Court's subsequent Minute Entry of June 18, 2025, Plaintiffs hereby file their Amended Exhibit List identifying their exhibits along with the corresponding docket number and seal status of each. An encrypted thumb drive containing courtesy copies of each exhibit will be delivered to the Court.

Dated:  July 3, 2025.                                Respectfully submitted,

By:*/s/ Christopher G. Paulos*
Christopher G. Paulos
DC Bar No. 1615782
**LEVIN, PAPANTONIO, PROCTOR, BUCHANAN, O'BRIEN, BARR & MOUGEY, P.A.**
316 South Baylen Street, Suite 600
Pensacola, Florida 32502
Telephone: (850) 435-7067
Facsimile: (850) 436-6067
Email: cpaulos@levinlaw.com
*Counsel for Plaintiffs*

1