UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSHUA L. HOLLADAY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE ISLAMIC REPUBLIC OF IRAN, *et al.*, <br><br> Defendants. | Case No. 17-cv-00915-RDM |

**MOTION TO WITHDRAW THE APPEARANCE OF**
**ATTORNEY ADORA SAUER AS COUNSEL FOR PLAINTIFFS**

MM~LAW LLC, by Gavriel Mairone, as attorneys for Plaintiffs in the above-captioned case, respectfully requests permission from this Court, pursuant to Local Civil Rule 83.6, to withdraw the Appearance of attorney Adora Sauer of MM~LAW LLC and certifies as follows:

1. Ms. Sauer entered her Appearance on behalf of Plaintiffs on June 26, 2018.

2. The basis for withdrawal is Ms. Sauer's departure from MM~LAW LLC on April 11, 2025.

3. All other MM~LAW LLC attorneys will remain as counsel of record for Plaintiffs in the above-captioned case such that attorney Adora Sauer's withdrawal will not prejudice the parties nor cause undue delay.

Wherefore, the undersigned respectfully requests leave to withdraw the Appearance of Ms. Sauer in this case.

September 24, 2025

Respectfully submitted,

s/ *Gavriel Mairone*
Gavriel Mairone
MM~LAW LLC
875 North Michigan Ave., Suite 3100
Chicago, IL 60610
Phone: (312) 253-7444
ctlaw@mm-law.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2025, the foregoing was filed electronically on the CM/ECF system for the United States District Court for the District of Columbia and thereby distributed to all counsel of record.

s/ *Gavriel Mairone.*
Gavriel Mairone
